**BURCH & CRACCHIOLO, P.A.**
702 E. OSBORN ROAD, SUITE 200
PHOENIX, AZ 85014
TELEPHONE 602.274.7611

Bryan F. Murphy, SBA #006414
bmurphy@bcattorneys.com
Laura J. Meyer, SBA #028755
lmeyer@bcattorneys.com
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

GREEN JACKET AUCTIONS, INC. and RYAN CAREY, on behalf of GREEN JACKET AUCTIONS, INC.,

Plaintiffs,

v.

AUGUSTA NATIONAL, INC.,

Defendant.

Case No.

**COMPLAINT**

**JURY TRIAL DEMANDED**

Plaintiffs Green Jacket Auctions, Inc. ("GJA") and Ryan Carey, on behalf of Green Jacket Auctions, Inc., hereby file this Complaint for Damages and Injunctive Relief against Defendant Augusta National, Inc., and state:

## INTRODUCTION

1.     This case is brought pursuant to 15 U.S.C. § 1114(2)(D)(iv)-(v) and for declaratory relief pursuant to 28 U.S.C. §2201 to establish that GJA's registration and use of the internet domain name <greenjacketauctions.com> (the "Domain Name") is not unlawful under the Anticybersquatting Consumer Protection Act (15 U.S.C. § 1125(d) ("ACPA") or otherwise under the Lanham Act (15 U.S.C. § 1051, *et seq.*).

2.     Specifically, GJA seeks to prevent the transfer of the Domain Name to Defendant, which was ordered in an administrative panel decision issued December 21, 2017, under the

113669840.1

Uniform Domain Name Dispute Policy ("UDRP") in a proceeding captioned: *Augusta National, Inc. v. Ryan Carey*, FA1711001758547.

3.　　15 U.S.C. § 1114(2)(D)(v) authorizes a domain name registrant to sue trademark owners for "reverse domain name hijacking" and to commence an action to declare that the domain name registration or use by the registrant is not unlawful under the Lanham Act.[1]

4.　　In such an action, the federal court must give "no deference" to the administrative UDRP panelist.[2] Rather, relief under Section 1114(2)(D)(v) turns on a showing that the "plaintiff's registration or use of the domain name is not unlawful under the Lanham Act, as amended".[3]

5.　　The registration of a generic, descriptive term or phrase is (i) lawful *per se* under the Lanham Act and (ii) therefore establishes entitlement to relief under 15 U.S.C. § 1114(2)(D)(v).[4]

## **PARTIES, JURISDICTION, AND VENUE**

6.　　Plaintiff Green Jacket Auctions, Inc. is a Florida corporation with its principal place of business located at 3623 Beach Drive, Tampa, Florida 33629.

7.　　Plaintiff Ryan Carey, on behalf of Green Jacket Auctions, Inc., is a nominal party because the WhoIs information lists him as the registrant. Since the domain name was created, it has been owned by Green Jacket Auctions, Inc.

8.　　Augusta National, Inc. ("Augusta National") is a Georgia corporation with its principal place of business located at 2604 Washington Road, Augusta, Georgia 30904. Augusta National operates as a golf club and hosts the Masters Golf Tournament.

9.　　Jurisdiction in this Court is proper pursuant to 28 U.S.C. §§ 1331 and 1338 because Plaintiff's claims for violation of the United States Trademark Act, Title 15 of the

---

[1] *Barcelona.com, Inc. v. Excelentisimo Ayuntamiento de Barcelona*, 330 F.3d 617, 625 (4th Cir. 2003).

[2] *Id.* at 626.

[3] *Id.*

[4] *Id.* at 629.

1  United States Code arise under federal law.  This Court has supplemental jurisdiction pursuant to

2  28 U.S.C. § 1367 over the state law claim because the claim is so related to the federal claim that

3  it forms part of the same case or controversy.

4      10.    This Court has personal jurisdiction over Defendant because Defendant expressly

5  and voluntarily agreed to submit to the jurisdiction of this Court when it initiated an

6  administrative proceeding pursuant to the UDRP concerning the domain name.  Specifically,

7  Defendant voluntarily and expressly agreed in its UDRP complaint (the "UDRP Complaint") to

8  submit to the jurisdiction of the registrar in connection with any legal action in any way related

9  to the UDRP proceeding.  The address listed for the registrar, GoDaddy.com, LLC is 14455 N

10  Hayden Road, Scottsdale, Arizona  85260.

11      11.    Venue is proper in this Court because Defendant consented to venue in this

12  District.[5]

**FACTUAL BACKGROUND**

13

14      12.    Ryan Carey, on behalf of GJA, registered the domain <greenjacketauctions.com>

15  (the "Domain Name") on February 27, 2006.  A true and correct copy of the WhoIs history

16  report for the Domain Name is attached hereto as **Exhibit A**.

17      13.    GJA began advertising its auction services at least as early as April 2006 and has

18  consistently advertised its services since 2006.  True and accurate copies of screenshots of the

19  website from Archive.org are attached hereto as **Exhibit B**.

20      14.    Numerous publically available records also show GJA's consistent usage of the

21  Domain Name.  *See* **Exhibit C**.

22

23

24

25      [5] Plaintiffs contend that venue should be in any court of competent jurisdiction,
26  including, but not limited to, one of the Mutual Jurisdictions identified in the Rules, namely, the
   domain-name holder's address as shown for the registration of the domain name in the
27  Registrar's WhoIs database at the time Defendant's UDRP complaint was filed or where GJA
   resides.  The Registrar refused to delay transfer of the domain name unless a complaint was filed
28  in a jurisdiction of Defendant's choosing. Plaintiffs contend that this is an incorrect interpretation
   of federal law and the Rules, but are filing the Complaint in this jurisdiction out of an abundance
   of caution and to ensure that the Domain Name is not transferred while this litigation is pending.

3

113669840.1

15.    At the time the Domain Name was registered, Defendant did not have a United States federal trademark registration for GREEN JACKET, or anything confusingly similar thereto.

16.    The Domain Name is currently the property of GJA.

17.    GJA is a well-respected auctioneer of rare golf memorabilia.

18.    Its two principals and only employees, Ryan Carey and Bob Zafian, founded the company in 2006 over a mutual admiration of golf memorabilia.

19.    GJA has been successful in merging the high-end golf collection industry with the online marketplace.

20.    Although small, GJA has successfully hosted approximately thirty auctions.

21.    Since 2006, GJA has auctioned millions of dollars of Augusta National memorabilia, including several green jackets.

22.    GJA has also auctioned green jackets from sources other than Defendant.

23.    GJA is an expert in the industry whose business and license lives and dies on its reputation and the location of its auction site.

24.    GJA's target clients are sophisticated, high worth individuals who would not and have not been confused between the services offered by Defendant and the vastly different services offered by GJA.  In fact, GJA is not aware of any instances of consumers being confused between the parties and their respective services.

25.    GJA and Defendant are not engaged in the same business.  GJA is an online auctioneer of golf memorabilia and Augusta National is a private golf club that hosts the annual Masters golf tournament.

26.    Augusta National does not sell golf products online nor does it auction golf memorabilia, including, but not limited to, green jackets.

27.    GJA has spent considerable time and money establishing its online auction website.  The Domain Name is one of GJA's most valuable assets.  GJA would suffer severe prejudice if it was ordered to transfer the Domain Name to Augusta National.

113669840.1

28.     GJA has made a bona fide offering of services at the Disputed Domain since at least April 2006, which is well before GJA had any notice that Defendant disputed GJA's use of the Domain Name.  Since that date, GJA has offered its online auctioneer services through the Domain Name.  Moreover, GJA has rights and legitimate interests in the Domain Name because it is commonly known by the Domain Name.

29.     GJA's Domain Name is generic or at the very least descriptive, which further establishes its legitimate interest in the Domain Name.

30.     GJA did not register the Domain Name primarily for the purpose of selling, renting, or otherwise transferring the Domain Name to Augusta National.

31.     GJA did not register the Domain Name in order to prevent Augusta National from using the phrase "green jacket" as it is entirely generic or at the very least descriptive.

32.     GJA did not register the Domain Name for the purpose of disrupting August National's business.

33.     GJA has not intentionally attempted to attract, for commercial gain, Internet users to its website by creating a likelihood of confusion with Augusta National.

34.     Rather, GJA adopted a generic and/or descriptive domain name in 2006 based in part on some of the products it would be auctioning, namely, green jackets.

35.     Augusta National waited over eleven years to bring its UDRP complaint.  There is no valid reason for Augusta National's delay.  Augusta National has known about the Domain Name since at least as early as 2007.  GJA would be unduly prejudiced if the Domain Name was taken away.  Indeed, GJA has engaged in numerous online auctions through the Domain Name and the Domain Name has gained substantial notoriety.

**COUNT ONE**

**DECLARATORY RELIEF - NON VIOLATION OF LANHAM ACT**

36.     GJA reasserts the allegations set forth in Paragraphs 1-35 above as though fully set forth herein.

113669840.1

37.    Augusta National's mark is entirely descriptive and the numerous third-party uses of the phrase "green jacket" establishes that Augusta National has not established secondary meaning for its GREEN JACKET mark.

38.    GJA's registration and use of the Domain Name does not violate Defendant's rights under the Lanham Act.  In registering the Domain Name, GJA did not have "bad faith intent," as provided in 15 U.S.C. 1125(d)(1)(A)(i), to profit from Defendant's alleged trademark.  At the time GJA registered the Domain Name, the Defendant's alleged mark was neither "distinctive" nor "famous" as provided under 15 U.S.C. 1125(d)(1)(A)(ii).  GJA had reasonable grounds to believe that its registration and/or use of the Domain Name was a fair use or otherwise lawful, as provided in 15 U.S.C. 1125(d)(1)(8)(ii).

39.    On information and belief, Defendant did not engage in interstate commerce in the United States of America in connection with the manufacture, sale, or transportation of jackets, or any colorable variation thereof, at the time the Domain Name was registered by GJA, and still does not.

40.    Defendant does not employ "GREEN JACKET" as a trademark under the Lanham Act.

41.    GJA reasonably believes its registration and use of the Domain Name was and is lawful under the Lanham Act.

42.    There is an actual controversy with respect to whether the Defendant is entitled to transfer of the Domain Name, based on Defendant's alleged rights under the Lanham Act.

43.    In the absence of a declaration from the Court, the Registrar will transfer the Domain Name to the control of Defendant, and GJA will suffer immediate and irreparable harm.

44.    GJA's registration and use of the Domain Name does not, and is not likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of GJA with Defendant, or as to the origin, sponsorship, or approval of GJA's services or commercial activities by Defendant.

113669840.1

45.     GJA's registration and use of the Domain Name does not misrepresent the nature, characteristics, qualities, or geographic origin of Plaintiff's or Defendant's goods, services, or commercial activities.

**COUNT TWO**

**REVERSE DOMAIN HIJACKING UNDER 15 U.S.C. 1114(2)(D)(IV)-(V)**

46.     GJA reasserts the allegations set forth in Paragraphs 1-35 above as though fully set forth herein.

47.     Under the UDRP, the Registrar will transfer the Domain Name to the Defendant unless legal action is commenced to prohibit the transfer.

48.     On information and belief, at the time the Domain Name was registered by GJA, the Defendant's alleged GREEN JACKET mark as used on and in connection with jackets was not inherently distinctive under the Lanham Act.

49.     On information and belief, at the time the Domain Name was registered by GJA, Defendant possessed no common law trademark rights to its alleged GREEN JACKET mark.

50.     GJA's Domain Name has been locked beyond GJA's full enjoyment of the benefits of registration thereof in consequence of false statements made by Defendant under a dispute policy (the UDRP) followed by the domain Registrar.  For example, Defendant in the UDRP dispute, asserted that GJA registered the Domain Name primarily to disrupt Defendant's business, creating confusion and to offer competing goods and services.  These allegations are demonstrably false.

51.     The Domain Name has been ordered transferred, and would be transferred to Defendant but for this lawsuit.

52.     GJA has provided Defendant with notice of this lawsuit.

53.     GJA has incurred costs in seeking to prevent transfer of the Domain Name as a consequence of Defendant's false statements.

54.     GJA's registration or use of the Domain Name does not violate any cognizable right of the Defendant under the Lanham Act.

55.     GJA is being harmed through the loss of its domain rights.

113669840.1

1

## COUNT THREE

2

### CONVERSION

3      56.      GJA reasserts the allegations set forth in Paragraphs 1-35 above as though fully

4    set forth herein.

5      57.      GJA owns a valuable property right in possession of the Domain Name.

6      58.      By invoking the UDRP, Defendant has assertion of dominion over the Domain

7    Name and has impaired GJA's possession and control of the Domain Name.

8      59.      Defendant continues to willfully exert dominion over the Domain Name.

9      60.      Absent a declaration of this Court, Defendant will continue to exert dominion

10    over the Domain Name and wrest all rights in the Domain Name from GJA for Defendant's use

11    thereof.

12

## DEMAND FOR JURY TRIAL

13      Plaintiffs demand a trial by jury on all issues triable to a jury.

14      **WHEREFORE**, Plaintiffs Green Jacket Auctions, Inc. and Ryan Carey, on behalf of

15    Green Jacket Auctions, Inc., respectfully request that this Court enter final judgment and

16    permanent injunctive relief in favor of Plaintiffs and against Defendant, as follows:

17          a.  declaration by the Court that Defendant has no trademark rights to "GREEN

18              JACKET" that are subject to protection in the United States;

19          b.  declaration by the Court, pursuant to 28 U.S.C. §2201, that GJA's registration,

20              ownership, and use of the Domain Name <greenjacketauctions.com> is lawful

21              and proper and does not infringe on any right the Defendant may claim in the

22              United States;

23          c.  awarding Plaintiffs their compensatory, consequential, statutory and special

24              damages, as well as exemplary damages, together with pre and post judgment

25              interest, as provided by law;

26          d.  awarding Plaintiffs their reasonable attorneys' fees and costs associated with this

27              action;

28

113669840.1

e.   granting permanent injunctive relief in favor of Plaintiffs and against Defendant enjoining Defendant from engaging in the unlawful practices described in this Complaint; and,

f.   granting such further relief as this Court deems just and proper.

Respectfully submitted this 9th day of January, 2018.

**BURCH & CRACCHIOLO, P.A.**

By /s/ Bryan F. Murphy
   Bryan F. Murphy
   Laura J. Meyer
   702 E. Osborn Road, Suite 200
   Phoenix, AZ 85014
   Attorneys for Green Jacket Auctions, Inc. and Ryan Carey, on behalf of Green Jacket Auctions, Inc.

9

113669840.1

# EXHIBIT A



**DOMAINTOOLS**

# Whois Record for GreenJacketAuctions.com

How does this work?

Find out more about Project Whois and DomainTools for Windows.

**DOMAINTOOLS** for Windows    Download Now

Access domain ownership records from your desktop

## ☐ Whois & Quick Stats

| | |
|---|---|
| **Email** | abuse@godaddy.com is associated with ~16,412,651 domains |
| | tourflags@aol.com is associated with ~2 domains |
| **Registrant Org** | Ryan Carey is associated with ~34 other domains |
| **Registrar** | GoDaddy.com, LLC |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | Created on 2006-02-27 - Expires on 2018-02-27 - Updated on 2015-12-30 |
| **Name Server(s)** | NS1.PEER1.NET (has 24,169 domains) |
| | NS2.PEER1.NET (has 24,169 domains) |
| **IP Address** | 66.155.49.2 - 22 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Texas - Dallas - Peer 1 Dedicated Hosting |
| **ASN** | 🇺🇸 AS13768 COGECO-PEER1 - Cogeco Peer 1, CA (registered Jun 10, 2002) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 59 records have been archived since 2007-10-25 |
| **IP History** | 8 changes on 6 unique IP addresses over 12 years |
| **Registrar History** | 1 registrar with 1 drop |
| **Hosting History** | 3 changes on 4 unique name servers over 12 years |

| Whois Server | whois.godaddy.com |

☐ **Website**

| Website Title | 🌲 Green Jacket Auctions | ☐ |
| Server Type | Microsoft-IIS/8.5 |
| Response Code | 200 |
| SEO Score | 80% |
| Terms | 93 (Unique: 72, Linked: 20) |
| Images | 7 (Alt tags missing: 0) |
| Links | 22  (Internal: 16, Outbound: 5) |

**Whois Record** ( last updated on 2018-01-08 )

```
Domain Name: GREENJACKETAUCTIONS.COM
Registry Domain ID: 358648699_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2011-12-08T14:11:21Z
Creation Date: 2006-02-27T00:00:44Z
Registrar Registration Expiration Date: 2018-02-27T00:00:44Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Ryan Carey
Registrant Organization:
Registrant Street: 3623 Beach Dr.
Registrant City: Tampa
Registrant State/Province: Florida
Registrant Postal Code: 33629
Registrant Country: US
Registrant Phone: (813) 504-3935
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: tourflags@aol.com
Registry Admin ID: Not Available From Registry
Admin Name: Ryan Carey
Admin Organization:
Admin Street: 3623 Beach Dr.
Admin City: Tampa
Admin State/Province: Florida
Admin Postal Code: 33629
Admin Country: US
Admin Phone: (813) 504-3935
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: tourflags@aol.com
```

```
Registry Tech ID: Not Available From Registry
Tech Name: Ryan Carey
Tech Organization:
Tech Street: 3623 Beach Dr.
Tech City: Tampa
Tech State/Province: Florida
Tech Postal Code: 33629
Tech Country: US
Tech Phone: (813) 504-3935
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: tourflags@aol.com

Name Server: NS1.PEER1.NET
Name Server: NS2.PEER1.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```



☐ Preview the Full Domain Report

## Tools

Whois History

Hosting History

Visit Website

☐ Preview the Full Domain Report



View Screenshot History

**Available TLDs**

**General TLDs**   Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

Taken domain.

Available domain.

Deleted previously owned domain.

| GreenJacketAuctions.… | View Whois |
| GreenJacketAuctions.… | Buy Domain |
| GreenJacketAuctions.… | Buy Domain |
| GreenJacketAuctions.… | Buy Domain |
| GreenJacketAuctions.… | Buy Domain |
| GreenJacketAuctions.… | Buy Domain |



Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News        © 2018 DomainTools

# EXHIBIT B







# EXHIBIT C

Case 2:18-cv-00084-GMS     Document 1     Filed 01/09/18     Page 21 of 46

**2017 MASTERS**® COVERAGE BY **The Augusta Chronicle**

(/)



| R4 | Name | Total | Thru |
|----|------|-------|------|
| W | Garcia, S. | -9 | F |
| 2 | Rose, J. | -9 | F |
| 3 | Schwartzel, C. | -6 | F |
| T4 | Kuchar, M. | -5 | F |
| T4 | Pieters, T. | -5 | F |

**Full leaderboard »**

Posted July 26, 2013 02:34 am

BY **JOHN BOYETTE (/JOHN-BOYETTE-0)** | Sports Editor

# Grovetown woman finds rare Masters Tournament program



Lexie Hollingsworth had no interest in golf – at least, not until earlier this month.

That's when the Grovetown woman unearthed a rare piece of Masters Tournament history while helping a friend go through boxes of old magazines and newspaper clippings. Hollingsworth found a 1935 program for the Augusta National Invitation Tournament. It contains information on the field, course and members of the private club. Only a few copies of the 40-page program are believed to exist.

Augusta National Golf Club produced programs for its inaugural event in 1934 and for the second year. There is no record of other programs being produced until 1990, when the club launched the *Masters Journal* as its preview magazine.

The program has a dark-red cover and features an early version of the Augusta National logo, with the U.S. outline and a flagstick pinpointing Augusta.

The 1935 Masters was won by Gene Sarazen, who made his famous double eagle on the 15th hole in the final round to force a playoff with Craig Wood. Sarazen prevailed in a 36-hole playoff the next day.

The program has some handwriting on a couple of inside pages, including hole-by-hole scoring of the playoff between Sarazen and Wood.

Hollingsworth and her friend have found dozens of vintage magazines, including early editions of *The Saturday Evening Post* and *Ladies' Home Journal*. She is selling those on eBay.

As for the program, Hollingsworth would like to see it stay in the area but has been in contact with an auction house. A 1935 program sold for more than $12,000 in April at greenjacketauctions.com.

"It's for sale," she said. "All offers considered."

---

**0 Comments**                                    Sort by    Oldest

Add a comment...

Facebook Comments plug-in



## Most Popular

Case 2:18-cv-00084-GMS    Document 1    Filed 01/09/18    Page 24 of 46



Augusta National Golf Club is seeking workers for 2018 Masters Tournament (/masters/story/news/2017-11-08/augusta-national-golf-club-seeking-workers-2018-masters-tournament)

**(/masters/story/news/2017-11-08/augusta-national-golf-club-seeking-workers-2018-masters-tournament)**



Augusta National sues to stop auction of green jackets (/masters/story/news/2017-08-14/augusta-national-sues-stop-auction-green-jackets)

**(/masters/story/news/2017-08-14/augusta-national-sues-stop-auction-green-jackets)**



Fred Ridley first Augusta National Golf Club and Masters chairman to have played in Masters Tournament (/masters/story/news/2017-08-23/fred-ridley-first-augusta-national-golf-club-and-masters-chairman-have)

**(/masters/story/news/2017-08-23/fred-ridley-first-augusta-national-golf-club-and-masters-chairman-have)**



Judge halts auction of Augusta National green jackets (/masters/story/news/2017-08-17/judge-halts-auction-augusta-national-green-jackets)

**(/masters/story/news/2017-08-17/judge-halts-auction-augusta-national-green-jackets)**

# Photos



(masters/photos/2017-04-09/sergios-green-jacket)
(/masters/photos/2017-04-09/sergios-green-jacket)

(/masters/photos/2017-04-09/sergios-green-jacket)Sergio's Green
Jacket (/masters/photos/2017-04-09/sergios-green-jacket)



(masters/photos/2017-04-09/sergios-celebration-2017)
(/masters/photos/2017-04-09/sergios-celebration-2017)

(/masters/photos/2017-04-09/sergios-celebration-2017)Sergio's
Celebration (2017) (/masters/photos/2017-04-09/sergios-
2017)



(masters/photos/2017-04-09/sergios-sunday-2017)
(/masters/photos/2017-04-09/sergios-sunday-2017)

(/masters/photos/2017-04-09/sergios-sunday-2017)Sergio's
Sunday (2017) (/masters/photos/2017-04-09/sergios-sunday-2017)



(masters/photos/2017-04-09/roses-sunday-round-2017)
(/masters/photos/2017-04-09/roses-sunday-round-2017)

(/masters/photos/2017-04-09/roses-sunday-round-2017)Rose's
Sunday Round (2017) (/masters/photos/2017-04-09/roses-sunday-



(masters/photos/2017-04-09/schwartzels-sunday-2017)
(/masters/photos/2017-04-09/schwartzels-sunday-2017)

(/masters/photos/2017-04-09/schwartzels-sunday-2017)
Schwartzel's Sunday (2017) (/masters/photos/2017-04-
09/schwartzels-sunday-2017)



(masters/photos/2017-04-09/2017-masters-low-amateur-stewart-hagestad)
(/masters/photos/2017-04-09/2017-masters-low-amateur-stewart-
hagestad)

(/masters/photos/2017-04-09/2017-masters-low-amateur-stewart-
hagestad)2017 Masters Low Amateur - Stewart Hagestad
(/masters/photos/2017-04-09/2017-masters-low-amateur-stewart-hagestad)



Chick-fil-A Peach Bowl Parking

Jan 01 at Mercedes-Benz Stadium Parking

$36 — BUY TICKETS

2018 College Football Championship

Jan 08 at Mercedes-Benz Stadium

$1,503 — BUY TICKETS

2018 Chick-fil-A Peach Bowl: UCF vs. Auburn

Jan 01 at Mercedes-Benz Stadium

$86 — BUY TICKETS

2018 Rose Bowl - College Football Playoff Semifinals: Oklahoma vs. Georgia

Jan 01 at Rose Bowl Stadium

$203 — BUY TICKETS

2017 Sun Bowl: North Carolina State vs. Arizona State

Dec 29 at Sun Bowl Stadium

$24 — BUY TICKETS

## More



(/masters/story/news/2017-11-28/hyler-succeed-ridley-chairman-competition-rules-committees-masters)

From Staff Reports (/category/authors/staff-reports-0)

Hyler to succeed Ridley as chairman of competition, rules committees at Masters (/masters/story/news/2017-11-28/hyler-succeed-ridley-chairman-competition-rules-committees-masters)

(/masters/story/news/2017-11-08/augusta-national-golf-club-seeking-workers-2018-masters-tournament)

From Staff Reports (/category/authors/staff-reports-0)

Augusta National Golf Club is seeking workers for 2018 Masters Tournament (/masters/story/news/2017-11-08/augusta-national-golf-club-seeking-workers-2018-masters-tournament)



## (/masters/story/news/2017-10-24/tiger-woods-posts-another-video-hitting-golf-shot)

**From staff (/category/authors/staff)**

**Wire Reports (/taxonomy/term/479)**

Tiger Woods posts another video of hitting a golf shot (/masters/story/news/2017-10-24/tiger-woods-posts-another-video-hitting-golf-shot)



The Westin Bonaventure Hotel & Suites, Los Angeles

BOOK NOW



## (/masters/story/news/2017-10-19/michaux-2018-masters-could-be-tiger-s-sights)

**Scott Michaux (/scott-michaux-0)**

Michaux: 2018 Masters could be in Tiger's sights (/masters/story/news/2017-10-19/michaux-2018-masters-could-be-tiger-s-sights)



LOAD MORE (/MASTERS/STORY/MASTERS/GROVETOWN-WOMAN-FIND

This site and all its content are representative of The Augusta Chronicle's Masters® Tournament coverage and information. The Augusta Chronicle and Augusta.com are our trademarks. Augusta.com is an online publication of The Augusta Chronicle and is neither affiliated with nor endorsed by the Masters or the Augusta National Golf Club.

The Augusta Chronicle © 2017. All Rights Reserved.

Contact Us (http://chronicle:augusta:com/contact)
Privacy Policy (/masters/privacy-policy)   Terms of Service (/masters/terms-service)
Advertise with us (http://www:augusta:com/mastersproducts/)

| Today's Mortgage Rate | Select Loan Amount |
|---|---|
| **3.04%** | $225,000 |
| APR 15 Year Fixed | |

# Donated Augusta National member green jacket nets thousands in auction



This file photo taken on April 13, 2015, shows Masters defending champion Bubba Watson placing the green jacket on 2015 champion Jordan Spieth. An Augusta National member's jacket sold for several thousand dollars at auction. (DON EMMERT / AFP/Getty Images)

By **Tribune wire reports**

JANUARY 8, 2016, 4:21 PM    |    HOUSTON

n Augusta National Golf Club green jacket from the 1960s donated to a Houston charity in a bundle of clothes has sold for thousands of dollars to a Pennsylvania car dealer.

The Guild Shop sold the jacket Friday following media stories about the highly collectible item.

Shop executive director Gaye Jackson declined to name the jacket's owner, the buyer or selling price. She'd been advised that the jacket would likely go at auction for $18,000. Jackson says the sale "met expectations."

Current Augusta National custom is that member green jackets don't leave the property. New Jersey-based GreenJacketAuctions.com in 2013 sold a jacket, belonging to 1934 Masters champion Horton Smith, for $682,000.

*Associated Press*

Copyright © 2017, Chicago Tribune

**This article is related to:** Masters Tournament



# Sold! Horton Smith's Masters green jacket fetches nearly $700,000



Getty Images

*A very special green jacket -- the one given retroactively to Horton Smith, winner of two of the first three Masters Tournaments played -- sold for nearly $700,000 at auction.*



By T.J. Auclair
PGA.com
Connect with T.J.

[f] (https://www.facebook.com/PGAcom)

Series: Golf Buzz (/news/golf-buzz)

[twitter] (https://twitter.com/tjauclair)

Published: Monday, September 09, 2013 | 7:40 a.m.

We recently brought you the story of 1934 (and 1936) Masters winner Horton Smith's Green Jacket -- lost for years and then found -- which was up for auction at GreenJacketAuctions.com. (http://www.pga.com/news/golf-buzz/masters-green-jacket-tournaments-first-winner-auction)

The auction closed for the winner of the inaugural Masters Tournament's green jacket at 3 a.m. EST on Sunday, Sept. 8.

The winning bid? A whopping $682,229.45 -- which GreenJacketAuctions.com says is, "the highest price ever paid for golf memorabilia." (http://www.greenjacketauctions.com/site/bid/bidplace.asp?itemid=10923)

The winning bidder was not identified.

Here's the description of the jacket from GreenJacketAuctions.com:

*Augusta National first awarded the Green Jacket to Masters Champions in 1949, beginning with Sam Snead, and at the same time retroactively awarded jackets to the nine former Masters Champs that had won the Masters from 1934-1948, including Horton Smith. Those jackets are affectionately referred to as the "Original 10".*

*The offered jacket is that exact Green Jacket that was awarded to Horton Smith in 1949 -- the only one of the "Original 10" Green Jackets to ever be offered for public sale.*

*Condition/Notes: The jacket is in exceptional overall condition, with no important condition issues to note. Jacket is a two-button single breasted model. Size 43L, Model 357X jacket. Two smooth brass buttons on front of jacket, and single smooth brass button on each cuff. Amalgamated Workers 1949 Series tag. No manufacturer is listed, though this is consistent with other known early Green Jackets that are attributed to Brooks Uniform Co. Augusta National Golf Club & former Chairman Clifford Roberts have both been quoted as stating that these original 1949 Green Jackets were produced by Brooks Uniform Co.*

Follow T.J. Auclair on Twitter, @tjauclair (https://twitter.com/tjauclair).

*T.J. Auclair is a Senior Interactive Producer for PGA.com and has covered professional golf since 1998, traveling to over 60 major championships. You can follow him on Twitter, @tjauclair (https://twitter.com/tjauclair).*

By using this site, you agree to PGA.com's **terms of use** and **privacy policy**     x

**Historic Punishm**   **Russia banned from 2018 Winter Olympic…** 

 
Tax savings are a snap.    intuit quickbooks.    Try Free Now



You know the one piece of clothing that every golfer dreams of owning? Well, these days you don't necessarily need a precise short game and ridiculous mental focus, just three quarters of a million dollars and some dumb luck.

That's what happened over the weekend, when GreenJacketAuctions.com sold Horton Smith's former Masters jacket for $689,229.

The backstory is simply that two men came into the jacket after the passing of a family member who was keeping the jacket of the 1934 and '36 Masters champion. Smith's jacket is the only one of the "original 10" green jackets that wasn't accounted for, but Green Jacket Auctions got

approached about selling the jacket, and figured they could get somewhere in the ballpark of $100,000 for this one.

It appears their projections were just a bit low.

Why did Smith's jacket go for so much money considering the same auction company sold Doug Ford's 1957 jacket for just $62,967?

Besides the fact that Smith was the winner of the inaugural Masters tournament, it may have something to do with how historical one of the "original 10" are to the golf community.

Via the press release ...

> The Masters Tournament began awarding Green Jackets to its Champions at the 1949 Masters when newly minted Champ Sam Snead and the 9 previous Masters Winners were first given their jackets. These so-called "Original 10" Green Jackets are among the most coveted pieces of modern golf history, the bulk of which are owned by Augusta National Golf Club or the World Golf Hall of Fame. But the Green Jacket awarded to the first Masters Champion, Horton Smith, had been "lost" for decades.

So that should should explain just how important it was to not only find Smith's jacket, but be able to get the world bidding on it.

No word on who was able to snag the green jacket, but that person is now the proud owner of the most expensive piece of golf memorabilia ever.

TOURS

**PGA TOUR**                                                                    TEE TIMES
QBE Shootout

Stanley/ Henley

Stricker/ O'Hair

Perez/ Harman

Steele/ Bradley

Lowry/ McDowell

> **FULL** TEE TIMES

## Equipment Report

EQUIPMENT REPORT

BACK

# Hogan's '53 iron set is up for auction

March 28, 2014
By **Jonathan Wall**, PGATOUR.COM

Follow @jonathanrwall

SHARE ON



These beauties can be yours, but they won't come cheap. (Photo courtesy of GreenJacketAuctions.com)

How much would you pay for piece of golf history? That's the question GreenJacketAuctions.com hopes to answer in the coming weeks, after the auction house listed a full set of MacGregor irons Ben Hogan used during the 1953 season that saw him win all five official events he entered, including the Masters, U.S. Open and British Open.

According to the auction house's website, only three Ben Hogan-used MacGregor sets exist. Two of those sets were used during the 1953 season -- the other set is owned by the USGA -- which happens to be the same year Hogan started the Ben Hogan Golf Company and stopped using MacGregor irons.

While the USGA believes its set was used by Hogan to win the 1953 U.S. Open., Green Jacket Auctions noticed something about the USGA's mixed set during a recent visit to the USGA's museum in Far Hill, N.J., where the irons are currently housed.

*We were most interested in the USGA Museum set, as it also dates to the 1953 Season. According to the USGA Museum, that barely-played set was used by Hogan to win the 1953 U.S. Open. The USGA recently granted us access to their 1953 U.S. Open set, which is displayed in the Ben Hogan Room at the USGA Museum in Far Hills, N.J.*

*So what happened when we closely inspected the USGA Museum set? Well, let's just say that we were in for the shock of our collecting lives!*

*The USGA Museum set of Ben Hogan irons attributed to the 1953 U.S. Open was actually a partially mixed set - it was missing the original 9 iron that matched the rest of the set (Ben Hogan Personal Model 1037). Well, guess where that 9-iron resides? YES! - the missing 9 iron from the USGA Museum set is in our possession and is included with our set of Ben Hogan's 1953 irons.*

The irons up for auction were previously owned by former PGA TOUR player Jimmy Powell and have a current bid of $7,320. According to Golf Digest, Ryan Carey, one Green Jacket Auctions' co-founders, said the irons are expected to go for upwards of $50,000.

## 14 comments                                                         ▼

**Sign in**                                              **1 person listening**

|  |  | + Follow |  | Share | Post comment as... |

**Newest** | Oldest | Top Comments



**dekker**                                                      Apr 5, 2014

except for the letter from Jimmy Powell as to how they came into his possession there is no definitive proof they were used by Hogan?

Like    Reply



**Ron Wilks**                                                   Mar 29, 2014

Could be Hogan's clubs but if so specs have been altered . . too upright! . . also where is filed leading edge on the wedge? A pic of the grips showing the offset reminder would be helpful.

Like    Reply



**George Spalding**                                             Mar 29, 2014

I'd like to see today's PGA golfers try to play with these clubs. I think most of them would not score very well with them.

Like    Reply



**palika**                                                      Mar 28, 2014

blades are blades , i m sorry but todays clubs are not that diffrent except maybe for th shafts

Like    Reply

**Zachary Axelton**                                             Mar 31, 2014



Are you for real? I have some blades from the thirties and they have about half as much metal in them as today's blades. I bet today's blades are heavier than they were in the 50's.

Like    Reply



**jerry olek**                                                                    Mar 28, 2014

Is that the famed lead tape on Hogan's clubs, which many of us believed in the 1950s gave us more distance and you could mess with the balance of the iron?….My Dad bought me a set of McGregor Tourney (onyx faced) irons in the late 1950s…I guess that model was between Ben Hogan McGregors and the ones endorsed by Jack Niklaus in the early 1960s . I was led to believe that the Tourneys were the pro club and that the later Niklaus versions were inferior? Any opinions or facts on this?….

Like    Reply



**PeterN**                                                                        Mar 28, 2014

Not sure, I preferred the Staff irons that so many pros used in the 70's, but did for many years use Macgregor woods, and liked them. I found out much later that the pros were using very different equipment than we thought. A good for instance were the Macgregor balata golf balls that Jack endorsed and used. They were TERRIBLE.! They would go out of round after nine holes and the covers would be ruined after any contact with anything like sand, tree, path, etc. The ones Jack used were (according to other pros) very different than the retail balls.

Like    Reply



**jerry olek**                                                                    Mar 28, 2014

Jerry Olek, Peter, thanks for your reply. My Dad (1 handicap) used the Wilson Staff irons and i thought they felt heavy when i would compare to mine….Re MacGregor golf balls , i agree they were a disaster…we used Maxfli black at the time…BTW , When i recently got some new Cobra irons i took out one of my old Mac/Touney clubs to compare…wow what a difference….the MacGregor felt like i was swinging a hammer….ps, I used the MacGregor woods for years after using Wilson staff woods and preferred the former as well….Now i go with Taylor Made woods and probably should have gotten the Taylor irons instead of the Cobras…

Like    Reply



**PeterN**                                                                        Mar 28, 2014

Coincidentally, when I finally gave up the Staffs, I replaced them with new Macgregor VIP forged perimeter weighted irons. I compared many brands, and liked the VIPs best.

Like    Reply



**jerry olek**                                                                    Mar 28, 2014

Peter, I went to Hagens/aluminum shaft(made in europe) for about 5 years then went back to MacGregor Tourneys for ten years… loved that club, got down to my best 7 handicap with those clubs… they compare extremely favorably with my new Cobras, almost

identical , exec
pt for the larger sweet spent which i now need….

Like    Reply



**jerry olek**                                                                Mar 28, 2014

Peter, I used Hagens(aluminum) European made for five
years….then switched back to MacGregor Tourneys with which I
got to my best handicap of 7….the tourney irons which i gave to my
grandson, compare favorably with the Cobras except for the sweet
spot which i now need.

Like    Reply



**PeterN**                                                                    Mar 28, 2014

Jerry, while these older clubs were very good, I am amazed at the
forgiveness of current clubs. I was able to get my handicap
down into low single digits, but would love to know how low it could
of been with a gap and 60 degree, a hybrid or two, perimeter
weighted irons and a modern driver. Oh well, it does make it more
enjoyable now.

Like    Reply



**PeterN**                                                                    Mar 28, 2014

I would love to know the lofts on these clubs, and compare them to today's loft for the same
numbered clubs.

Like    Reply



**Drbcool**                                                                   Mar 28, 2014

Sounds like the auctioneers and the USGA aren't really sure who has what. That will keep the price
down.

Like    Reply

NEXT

PGA TOUR Corporate                          Log In / Register

Marketing Partners                          Affiliate & International Partners

TPC Network                                 Terms of Service

© 1995-2017 PGA TOUR, Inc | All Rights Reserved.

PGA TOUR, PGA TOUR Champions, Web.com Tour, and the Swinging Golfer design are registered trademarks.

Web.com is also a registered trademark used here with permission, and used in the Web.com Tour logo with permission.

CONNECT WITH **THE PGA TOUR** ON

    

MARCH 25, 2016 |Golf News

# For that special someone…

Share    Tweet



**GreenJacketAuctions.com,** apparently, has the actual Augusta National Golf Club sign that used to hang outside the club in the 1960s. Its opening bid was $5,000, but as of this writing, the bid is above $17,200. The bidding will end on the Saturday of the 2016 Masters, which is April 9.

**UPDATE:** The final bidding is in, and the sign went for…$25,063.20.

Those 20 cents must've been the clinchers.

Rory McIlroy's Open Championship Ball Sells For $52K



SWING SWING | CLUBHOUSE

TODAY
The Golf Training App     Anytime, Anywhere

# Rory McIlroy's Open Championship Ball Sells For $52K

By **Cameron DaSilva** <u>Follow</u> Sunday August 10th, 2014 2:35 pm EDT



Getty Images

Share    Tweet    Share    Email

Remember the ball that Rory McIlroy threw into the crowd after winning his first Open Championship? The one that everyone was shocked he didn't keep?

Yeah, that ball was worth *a lot* of money.

**Related Link:** **You Could Own Rory McIlroy's Open Championship Ball**

It was put up for bidding by Green Jacket Auctions on July 23 for $1,000, but it sold for way more than that. The auction ended Sunday morning, bringing in a whopping $52,038.65.


EXCLUSIVE GOLF RETAILER OF S&S
CARL'S
GOLFLAND®
Free Shipping. Free Returns. Same Day Shipping.
Just for you.
SHOP NOW


Find a Medicare Plan Designed For People Like You
Speak to a licensed sales agent
1-855-278-4808 (TTY: 711)
5 a.m. - 8 p.m., 7 days a week
→ View Plans
Humana

**Sponsored Content**

Rory McIlroy's Open Championship Ball Sells For $52K

PageID 42



**[Gallery Story] American Choppers Brothers Hit With Lawsuit For Stealing - What's Next?**

Herald Weekly

 

*Courtesy of Green Jacket Auctions*

The man who caught the ball at Royal Liverpool, Lee Horner, turned down a $10,000 offer to sell the ball outright to Green Jacket Auctions. Instead, he opted to sell the ball himself on the website, giving them a portion of the final sale price.

Safe to say he came away with more than $10,000 on this one.

McIlroy's ball came close to becoming the most expensive golf ball sold on GreenJacketAuctions.com, coming up just shy of the $55,000 Bobby Jones signed ball.

The auction saw a flurry of bids late on Saturday, more than doubling the price from $21,109.00 at around 3 p.m. EST, to the final sale price of $52,038.65 on Sunday morning.

With the way McIlroy is playing of late, he's certainly on track to become one of the greatest golfers of all time. Could this ball wind up being a bargain at $52,038.65? We'll see.

And while we're at it, take a peek at Back9's upcoming original show starring the good folks at Green Jacket Auctions, "Golf Treasures," currently in production. Back9Network launches on DIRECTV September 29th on channel 262.



**Size Matters! Tips for Keeping Your Breast Healthy**

Health Central



**[Gallery] These Never Seen Before Photos Show What It's Really Like to Live in Russia**

Direct Expose

 # The webpage cannot be found

http://golf.swingbyswing.com/article/rory-mcilroys-open-championship-ball-sells-for-52k/[12/5/2017 2:43:38 PM]

# Auction Report™

*memories don't fade... they just become more valuable*

| Home | Auctions ▾ | Buy/Consign/Sell ▾ | Tools & Formats ▾ | About/Contact ▾ | | search here | Search |

**Sign Up for the Auction Report E-mail Newsletter for the Latest News on all the companies featured on Auction Report**



## Green Jacket Auctions Winter 2016 Auction In Progress – Ends December 10th

| Tweet | | | | 0 comments |



Green Jacket Auctions Winter 2016 Golf Auction is in progress. This auction features the sale of one of Arnold Palmer's Masters Trophies. Check out the auction now, register and bid at www.GreenJacketAuctions.com. 500+ items of amazing golf memorabilia up for bid.

**Highlights Include:**

- Arnold Palmer's Masters Trophy
- 1999 Ryder Cup Memorabilia – Offered here is a historic collection of 1999 Ryder Cup memorabilia from a member of the Official Party in charge of the U.S. Team at Brookline including: U.S. Team Rolex , '99 Ryder Cup Trophy, Player Ring, '99 Ryder Cup Used Shirts (incl. Sunday!), Tournament-Used Flag, Team-Issued Golf Bag, Team Patch and much more!
- Old Tom Morris Letter on Personal Stationary – Rare handwritten letter of Old Tom Morris on personal Tom Morris St Andrews stationary.
- Vintage Golf Balls



**IMPORTANT ANNOUNCEMENTS**

Auction Ends Saturday December 10 Mark your calendars. Regular Bidding ends at 8p Eastern on December 10. At that time, Extended Hours bidding begins to those eligible to participate. Please contact us if you are a new bidder and need an explanation on the admittedly-confusing Extended Hours bidding process.

## Last Chance to Bid



**Mile High Card Company's Winter 2017 Auction Ends December 7, 2017** (0)



**Clean Sweep Auctions Autographs and Memorabilia Auction Ends December 6-7th** (0)



**Fabulous December 6, 2017 Autographs, Rare Books, & Relics at University Archives – Auction Now Online** (0)



**RR Auction December 6, 2017 Fine Autographs and Artifacts Auction** (0)

| read more |

## Auction Schedule

**Featured Auctions:**

(*) NHL Auctions: Nov. 16 - Dec. 5
(*) MeiGray Auctions: Nov. 25 - Dec. 6
(*) RR Auction: Nov. 17 - Dec. 6
(*) University Archives: Nov. 22 - Dec. 6
(*) Clean Sweep Auctions: Nov. 25 - Dec. 6-7
(*) Mile High Card Co: Nov. 20 - Dec. 7
(*) Sirius Sports Cards: Nov. 25 - Dec. 7
(*) Steve Novella: Nov. 30 - Dec. 7
(*) Goldin Auctions: Nov. 21 - Dec. 9
(*) Green Jacket Auctions: Nov. 21 - Dec. 9
(*) Small Traditions: Nov. 29 - Dec. 9
(*) Heritage - Comics: Nov. 20 - Dec. 9-10
(*) Heritage - Historical: Nov. 21 - Dec. 10
(*) Heritage - Sports: Nov. 15 - Dec. 10
(*) PWCC Auctions: Dec. 1 - Dec. 10-14
(*) Auction of Champions: Dec. 1 - Dec. 12
(*) MeiGray Auctions: Nov. 25 - Dec. 13-14
RR Auction: Dec. 7 - Dec. 14
Iconic Auctions: Dec. 9 - Dec. 16
(*) Lelands.com: Dec. 1 - Dec. 17
(*) PWCC Auctions: Dec. 1 - Dec. 17-21
(*) Grey Flannel Auctions: Dec. 1 - Dec. 20
Iconic Auctions: Dec. 13 - Dec. 21
Sirius Sports Cards: Dec. 9 - Dec. 21
Auction of Champions: Dec. 12 - Dec. 27
Sterling Sports: Dec. 14 - Dec. 28
(*) Pristine Auction: Dec. 1 - Dec. 31
MEARS Auctions: Dec. 22 - Jan. 2
Memory Lane Inc: Dec. 22 - Jan. 13
2017 Full Auction Schedule

**Daily/Weekly Auctions:**

(*) Fanatic Auctions: Daily
(*) Greg Morris Cards: Daily
(*) NHL Auctions: Daily
(*) Pristine Auction: Daily
(*) Kevin Savage Auctions: Every Monday
(*) Auction of Champions: December 12th
(*) Pristine Weekly: Every Tuesday
(*) Kevin Savage Auctions: Every Wednesday
(*) Pristine Classic: Every Wednesday
(*) Kevin Savage Auctions: Every Thursday
(*) NBA Auctions: Every Thursday
(*) Sig Auctions: Every Thursday
(*) Fusco Auctions: Every Friday
(*) Heritage - Sports: Every Sunday
(*) Heritage - Comics: Every Sunday
(*) Heritage - Entertainment: Every Sunday
(*) Heritage - Historical: Every Sunday
(*) Just Collect: Every Sunday
(*) Steiner Sports: Every Sunday
(*) Lelands Internet: Weekly
2017 Full Auction Schedule

Good luck bidding!

[www.GreenJacketAuctions.com](www.GreenJacketAuctions.com)

Ryan Carey & Bob Zafian
Green Jacket Auctions, Inc.

## 0 comments

## Add your comment

Commenting is allowed only for registered users.

---

Other articles                                                    go to homepage

 **Bid in Auctions From NBA Auctions Ending Every Thursday In December 2017** (0)

 **Bid Now in Lelands.com Steel Curtain Auction Part 2 – Ends December 17, 2017** (0)

 **Auctions of Champions December 12th Auction In Progress** (0)
Auction of Champions current December 12th auction is in progress for bidding  (This

 **PWCC Auctions 2017 Auction #11 Offers Amazing PSA Graded Cards – Ends Each Day Dec. 10-14 and Dec. 17-21** (0)

 **Kevin Savage Cards December 2017 Auctions of Vintage Cards** (0)
Kevin Savage Cards offers weekly auctions all year round! Bid, register and view the

---

read more

---

Article "tagged" as: 1999 Ryder Cup,  Arnold Palmer,  auction,  autographs,  Bob Zafian,  gold balls,  Green Jacket Auctions,  master trophy,  memorabilia,  Ryan Carey,  Used Flag,

Author auction report , 25.11.2016, 11:33                              0 comments

**Consignment Deadlines:**

Classic Auctions - 12/1
Sterling Sports - 12/7
PWCC Auctions - 12/10
Auction of Champions - 12/15
Lelands.com - 12/15
Sirius Sports Cards - 12/15
Steiner Auctions - 12/15
MEARS Auctions - 12/18
Huggins & Scott - 12/22
REA - 1/16
All Consignment Deadlines
**Consign/Sell Here**

## Quick Links to the Companies Featured on Auction Report

Auction of Champions

Bagger's Auctions | BST Auctions
Classic Auctions | Clean Sweep Auctions
Collect Auctions | Fanatics Auctions
Fusco Auctions | Goldin Auctions
Goodwin & Co | Green Jacket Auctions
Greg Morris Cards | Grey Flannel Auctions
Heritage - Sports | Heritage - Historical
Heritage - Comics | Heritage - Entertainment
Huggins & Scott Auctions | Iconic Auctions
Infinite Auctions | Just Collect
Kevin Savage Cards | Lelands.com
Love of the Game | MEARS Auctions
MeiGray Auctions | Memory Lane Inc.
Mile High Card Co. | Morphy Auctions
NHL Auctions | NBA Auctions
Paragon Auctions | Pristine Auction
PWCC Auctions | RR Auction
REA Auctions | SCP Auctions
Sig Auctions | Sirius Sports Cards
Small Traditions | SportsCardLink
Sterling Sports | Steiner Sports Auctions
Steve Novella | University Archives
Wheatland Auction Services

### Sports Collectors Daily

**1964 Wheaties Baseball Stamps Offered Plenty of All-Stars**
The 1964 Wheaties baseball stamps s...
**Photo of the Day: Feller's 1939 Baseball Magazine Cover**
The kid was pretty good. The actual...
**Fox Business Features Auction Items**
Goldin Auctions showed off some of ...
**Autograph Oriented 2017 Panini Elite Extra Edition Arrives Wednesday**
Packing seven autographs per box, 2...

## News By Catagory

Auction Preview | Auction Results
Auction Highlights | Consignments
Conventions | Current Auctions
Ending Today | General News
Profiles | Last Chance to Bid
NSCC Show | Radio Program
Videos | Google+

## News By Company Catagory

Auction of Champions

Baggers Auctions | BST Auctions
Classic Auctions | Clean Sweep Auctions
Collect Auctions | Fanatics Auctions
Fusco Auctions | Goldin Auctions
Goodwin & Co | Green Jacket Auctions
Greg Morris Cards | Grey Flannel
Heritage - Sports | Heritage - Comics
Heritage - Historical | Heritage - Entertainment
Huggins & Scott | Iconic Auctions
Infinite Auctions | Just Collect
Kevin Savage Cards | Lelands.com
Love of the Game | MEARS Auctions
MeiGray Auctions | Memory Lane Inc.
Mile High Card Co | Morphy Auctions
NHL Auctions | NBA Auctions
Paragon Auctions | Pristine Auction
PWCC Auctions | RR Auction
REA Auctions | SCP Auctions
Sig Auctions | Sirius Sports Cards
Small Traditions | Sports Collectors Daily
SportsCardLink | Sterling Sports
Steiner Sports | Steve Novella
University Archives
Wheatland Auction Services

## Sponsors





















## Contacts and information

☎ **847.920.8007**

✉ **info@auctionreport.com**

💲 **www.auctionreport.com**

Auction Report is the premier web site for news coverage and more on the best auction companies.

## Social networks

Check us out on Linked In

Follow us on Twitter

Become our friend on Facebook

## Most popular categories

- Current Auctions
- Auction Results
- Auction Preview
- Consignments
- Convention News

© 2017 Auction Report  All rights reserved.