**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Green Jacket Auctions, Inc. and Ryan Carey, on Behalf of Green Jacket Auctions, Inc., | Lead Case No. CV-18-00084-PHX-GMS |
| Plaintiffs/Counterdefendants, | Consolidated Case No. CV-18-01276-PHX-GMS |
| v. | **ORDER** |
| Augusta National, Inc., | |
| Defendant/Counterclaimant. | |

Upon stipulation of the parties hereto, and good cause appearing;

IT IS HEREBY ORDERED dismissing this matter without prejudice, with each party to bear their respective attorneys' fees and costs.

PHX 332872934v2